# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                   No. 4:12CR00041-08 JLH

ELAINE MARIE SWANN                                            DEFENDANT

## **ORDER**

Without objection, Elaine Marie Swann's motion for early termination of probation is GRANTED. Document #361. Swann's term of probation is terminated, and she is hereby discharged.

IT IS SO ORDERED this 16th day of September, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE